IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY HALL,

    Petitioner,                     No. CIV S-07-2263 FCD GGH P

    vs.

MATTHEW C. KRAMER, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner represented by counsel, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer

---

[1] Petitioner's initial application, filed on October 23, 2007, was unsigned.

1

1  shall be accompanied by any and all transcripts or other documents relevant to the determination
2  of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;
3         2. Petitioner's reply, if any, shall be filed and served within thirty days of service
4  of an answer;
5         3. If the response to petitioner's application is a motion, petitioner's opposition or
6  statement of non-opposition shall be filed and served within thirty days of service of the motion,
7  and respondents' reply, if any, shall be filed within fifteen days thereafter; and
8         4. The Clerk of the Court shall serve a copy of this order together with a copy of
9  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
10 Patrick Farrell, Senior Assistant Attorney General.
11 DATED: 12/4/07

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
hall2263.100