IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ANTHONY HALL,** | CIV S-07-2263 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MATTHEW C. KRAMER, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before February 4, 2008.

Dated: 01/08/08

/s/ Gregory G. Hollows
U.S. Magistrate Judge

hall2263.po

[Proposed] Order

1