IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY HALL,

    Petitioner,                                    No. CIV S-07-2263 FCD GGH P

    vs.

MATTHEW C. KRAMER, Warden,

    Respondent.                                  ORDER

_____/

        By Order, filed on March 21, 2008, petitioner's counsel was directed to show cause why he should not be sanctioned for his failure to file a notice of substitution of counsel and/or to file any response to the pending motion within ten (10) days; and to file his response to respondent's motion within ten days. Petitioner's counsel filed a response to the show cause order timely, but therein seeks an extension of time to file an opposition. As petitioner's counsel has not filed a notice of substitution of counsel, it appears that he intends to proceed as petitioner's counsel.

        Having reviewed petitioner's response, the court will find that petitioner has discharged the show cause order adequately and will not impose sanctions. The undersigned will also grant a two-week extension of time for petitioner's counsel to file the opposition to respondent's February 4, 2008, motion to dismiss. However, petitioner's counsel must notice the

1

motion for hearing, as instructed in the March 21, 2008, Order, in consultation with respondent's counsel and the court's courtroom deputy, at the earliest feasible opportunity.

Accordingly, IT IS ORDERED that:

1. Petitioner's counsel, Jesse Ortiz, has timely discharged the show cause order, filed on March 21, 2008 (#17), by his response filed on March 31, 2008 (#19), and will not be sanctioned for his failure to file a notice of substitution of counsel and/or to file any response to the pending motion;

2. Counsel for petitioner's March 31, 2008 (#19) request for an extension of time to file an opposition to the pending motion to dismiss is granted, and petitioner must file the opposition within two weeks of the date of this order;

3. As petitioner's counsel has not filed a notice of substitution of counsel, it is evident that counsel intends to proceed as petitioner's counsel;

4. As set forth in the March 21, 2008 (#17) show cause order, petitioner's counsel will be responsible for setting a new hearing date at the earliest feasible time on the pending motion to dismiss, after obtaining a date convenient for respondent's counsel and ascertaining the availability of the hearing date on this court's calendar.

DATED: 04/09/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
hall2263.dsc