IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY HALL,

    Petitioner,                      No. CIV S-07-2263 FCD GGH P

    vs.

MATTHEW C. KRAMER, Warden,

    Respondent.                ORDER

_____/

        Petitioner is proceeding in this court represented by counsel. Currently pending is respondent's submitted motion to dismiss. Despite petitioner's having retained counsel, petitioner pro se filed an inapposite "motion for order for release and discharge....," purporting to set it on the court's calendar for hearing on July 1, 2008. Petitioner is advised that he may communicate to the court, so long as he has counsel, only through that counsel. The hearing on the pro se motion and the hearing will be vacated.

        Accordingly, IT IS ORDERED that:

        1. Petitioner's pro se motion for order of release, filed on June 9, 2008 (# 22) is vacated, as is the hearing date therein scheduled;

        2. Petitioner must communicate to the court only through his counsel, so long as he is represented by counsel; and

1

1  3. The Clerk of the Court is directed to serve a copy of this order by mail on
petitioner at the address he provides in docket entry # 22.

DATED: 06/27/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
hall2263.vac