IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY HALL,

    Petitioner,                   No. CIV S-07-2263 FCD GGH P

    vs.

MATTHEW C. KRAMER, Warden,

    Respondent.                 ORDER

_____/

       The subclaim/arguments contending that petitioner did not have the opportunity to cross-examine the complaining victim about her hypnosis sessions at the preliminary hearing and that the procedures set forth in Cal. Evid. Code § 795 were not followed at the trial have been stricken from claim 1 of the amended petition. See Order, filed on 10/03/08 (# 28). By a separate order filed the same day, on 10/03/08 (# 29), petitioner pro se was substituted in as his own counsel in place of his former retained counsel, Jessie Ortiz III, who no longer represents petitioner in this matter. The court will now set forth the schedule of further briefing of the modified amended petition.

       IT IS ORDERED that:

       1. Respondents are directed to file an answer to the amended petition, as modified, within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254

1

1 | Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the
2 | issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases; and
3 |    2. Petitioner's reply (traverse), if any, shall be filed and served within thirty days
4 | after service of the answer.
5 | DATED: 10/20/08         /s/ Gregory G. Hollows
6 |              UNITED STATES MAGISTRATE JUDGE

GGH:009
hall2263.rsp

2